**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Applications of<br><br>RICARDO REIS VEIGA,<br><br>RODRIGO PÉREZ PALLARES, and<br><br>CHEVRON CORPORATION<br><br>To Issue a Subpoena for the Taking<br>of a Deposition and the Production of<br>Documents for Use in a Foreign Proceeding. | Case Nos.  1:10-mc-00370-CKK-DAR<br>1:10-mc-00371-CKK-DAR |

**NOTICE OF APPEARANCE BY SUSAN L. BURKE**

Susan L. Burke of Burke PLLC, 1000 Potomac Street, NW, Suite 150, Washington, DC  2007, a member in good standing of this Court, hereby files a notice of appearance in the above-captioned proceedings on behalf of the following Interested Parties, who are the plaintiffs in a related civil action against Applicant Chevron Corporation venued in Lago Agrio, Ecuador (the "Ecuadorian Plaintiffs"):  Daniel Carlos Lusitande Yaiguaje, Venancio Freddy Chimbo Grefa, Miguel Mario Payaguaje Payaguaje, Teodoro Gonzalo Piaguaje Payaguaje, Simón Lusitande Yaiguaje, Armando Wilmer Piaguaje Payaguaje, Javier Piaguaje Payaguaje, Fermín Piaguaje, Luis Agustín Payaguaje Piaguaje, Emilio Martin Lusitande Yaiguaje, Reinaldo Lusitande Yaiguaje, María Victoria Aguinda Salazar, Carlos Grega Huatatoca, Catalina Antonia Aguinda Salazar, Lidia Alexandra Aguinda Aguinda, Clide Ramiro Aguinda Aguinda, Luis Armando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila, Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda, Patricio Alberto Chimbo Yumbo, Segundo Ángel Amanta Milán, Francisco Matías Alvarado Yumbo, Olga Gloria Grefa Cerda, Narcisa Tanguila Narváez, Bertha Yumbo Tanguila, Lucrecia Tanguila Grefa, Francisco Víctor

Tanguila Grefa, Rosa Teresa Chimbo Tanguila, María Clelia Reascos Revelo, Heleodoro Pataron Guaraca, María Viveros Cusangua, Lorenzo José Alvarado Yumbo, Francisco Alvarado Yumbo, José Gabriel Revelo Llore, Luisa Delia Tanguila Narváez, José Miguel Ipiales Chicaiza, Hugo Gerardo Camacho Naranjo, María Magdalena Rodríguez, Elías Piyahuaje Payahuaje, Lourdes Beatriz Chimbo Tanguila, Octavio Córdova Huanca, Celia Irene Vivero Cusangua, Guillermo Payaguaje Lucitande, Alfredo Payaguaje, and Delfíin Payaguaje.

BURKE PLLC

_/s/ Susan L. Burke_
Susan L. Burke
DC Bar No. 414939
1000 Potomac Street, Suite 150
Washington, DC 20007
Phone: (202) 386-9622
Fax: (202) 232-5513
sburke@burkepllc.com

*Counsel for Interested Parties,
the Ecuadorian Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 22d day of June, 2010, the foregoing was electronically filed with the Clerk of the Court using the email address dcd_cmecf@dcd.uscourts.gov and served by email on the following counsel of record:

| | |
|---|---|
| Kevin T. Baine, Esq.<br>Beth A. Stewart, Esq.<br>Daniel Pierce, Esq.<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C.  20005<br>Ph: (202) 434-5000<br>Fax: (202) 434-5029<br>kbaine@wc.com<br>dpierce@wc.com<br>bstewart@wc.com<br><br>**Attorneys for Ricardo Reis Veiga**<br><br><br>Paul E. Dans, Esq.<br>Andrés Rivero, Esq. *(pro hac vice pending)*<br>Jorge A. Mestre, Esq. *(pro hac vice pending)*<br>RIVERO MESTRE & CASTRO<br>2525 Ponce de Leon Boulevard, Suite 1000<br>Miami, FL  33134<br>Ph: (305) 445-2500<br>Fax: (305) 445-2505<br>pdans@rmc-attorneys.com<br>arivero@rmc-attorneys.com<br>jmestre@rmc-attorneys.com<br><br>**Attorneys for Rodrigo Pérez Pallares** | Thomas F. Cullen, Jr., Esq.<br>Louis K. Fisher, Esq.<br>Luke A. Sobota, Esq.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Ph: (202) 879-3939<br>Fax: (202) 626-1700<br>TFCullen@jonesday.com<br>LKFisher@jonesday.com<br>LASobota@jonesday.com<br><br>Andrea E. Neuman, Esq. *(pro hac vice pending)*<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Ph: (949) 451-3800<br>Fax: (949) 451-4220<br>ANeuman@gibsondunn.com<br><br>Thomas G. Hungar, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Ph: (202) 955-8500<br>Fax: (202) 467-0539<br>THungar@gibsondunn.com<br><br>**Attorneys for Chevron Corporation** |

      By:    */s/ Susan L. Burke*
           Susan L. Burke
           DC Bar No. 414939
           1000 Potomac Street, Suite 150
           Washington, DC 20007
           Phone: (202) 386-9622
           Fax: (202) 232-5513
           sburke@burkepllc.com