IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Application of


**RICARDO REIS VEIGA**,
an American citizen, and

**RODRIGO PÉREZ PALLARES**,
an Ecuadorian citizen,

Applicants,

To Issue a Subpoena for the Taking of a
Deposition and the Production of Documents.

Misc. Action No. 10-370 (CKK) (DAR)

In re Application of

**CHEVRON CORPORATION**,

Applicant,

To Issue a Subpoena for the Taking of a
Deposition and the Production of Documents.

Misc. Action No. 10-371 (CKK) (DAR)

**CONSENT MOTION FOR A HEARING ON JULY 9, 2010, AT 3:00 P.M.**

Chevron Corporation ("Chevron"), Ricardo Reis Veiga, and Rodrigo Pérez Pallares

(collectively, "Applicants") respectfully request that the Court schedule a hearing for

July 9, 2010, at 3:00 p.m. on the Orders to Show Cause Why This Court Should Not Grant

Applications for Orders Pursuant To 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign

Proceedings, issued by Judge Collyer on June 9, 2010.  Through counsel, Respondent Alberto

Wray and Interested Parties the plaintiffs in the Lago Agrio Litigation ("Lago Agrio Plaintiffs")

and the Republic of Ecuador ("ROE") have consented to a hearing at this time.  All oppositions to the § 1782 Applications have been or will be filed on or before June 29, 2010, and all reply briefs by the Applicants will be filed on or before July 7, 2010.[1]

As explained in the Applications and Memoranda of Points and Authorities, Applicants urgently seek limited discovery from Mr. Wray in connection with three proceedings currently pending before three foreign tribunals.  Mr. Pérez and Mr. Veiga now have been formally served with a Prosecutor's Accusation of criminal charges in Ecuador and seek discovery immediately for use in a hearing, which could take place in less than 30 days, regarding whether the Ecuadorian court will dismiss the prosecutors' charges or accept them and set a trial date. Likewise, Chevron seeks discovery for use in a lawsuit brought against it in Ecuador by the Lago Agrio Plaintiffs.  As noted by the Southern District of New York in another § 1782 proceeding, the Lago Agrio Plaintiffs "are pushing the Ecuadorian court to close the evidentiary phase of that litigation and immediately enter a multibillion dollar judgment against Chevron, thus preventing Chevron from placing before that court the likely relevant evidence contained in the [discovery sought]."  Mem. Op. at 18, *In re Chevron Corporation*, Case No. M-19-111 (S.D.N.Y. May 20, 2010).  Chevron also seeks discovery for use in an international treaty arbitration against the Republic of Ecuador.  Chevron's Opening Memorial on the Merits, the full evidentiary submission for the case, is currently due on September 6, 2010.

Recognizing the urgency of obtaining discovery for these matters, other federal courts have expedited § 1782 applications filed by the Applicants.  For example, the United States Court of Appeals for the Second Circuit recently granted "expedited consideration" of an appeal

---

[1] ROE has consented to the July 9 hearing date based on the Applicants' agreement to file their replies to ROE's oppositions by June 28, 2010, at 6:00 p.m.  The Applicants' replies to Mr. Wray and the Lago Agrio Plaintiffs are due by July 7, 2010, at 6:00 p.m.

after a district judge granted the § 1782 application at issue.  Order, *In re: Application of Chevron*, Docket No. 10-1918 (2d Cir. June 8, 2010).  Likewise, the U.S. District Court for the District of New Jersey recently held a hearing on Applicants' Order to Show Cause in a similar action less than three weeks after Chevron filed the application for discovery.  *See* Docket, *In re Chevron Corporation*, Case No. 2:10-cv-02675-SRC-MAS (D.N.J.) (noting a filing date of May 26, 2010 and a hearing date of June 11, 2010).  The same urgency exists here.

For these reasons, Applicants respectfully request that the Court schedule a hearing on the Order to Show Cause on July 9, 2010, at 3:00 p.m.  Counsel for Applicants, Respondent, and Interested Parties are available and have consented to a hearing on that date.

Respectfully submitted,

Dated:  June 24, 2010

|  |  |
|---|---|
| KEVIN T. BAINE., D.C. Bar No. 238600 | /s/ Louis K. Fisher |
| kbaine@wc.com | THOMAS F. CULLEN, JR., D.C. Bar No. 224733 |
| BETH A. STEWART, | TFCullen@jonesday.com |
| D.C. Bar No. 486684 | LOUIS K. FISHER, D.C. Bar No. 475502 |

KEVIN T. BAINE., D.C. Bar No. 238600
kbaine@wc.com
BETH A. STEWART,
D.C. Bar No. 486684
DANIEL PIERCE, D.C. Bar No. 988836
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029

*Attorneys for Ricardo Reis Veiga*

PAUL E. DANS, Bar No. NY-0115
ANDRÉS RIVERO*
JORGE A. MESTRE*
RIVERO MESTRE & CASTRO
2525 Ponce de Leon Boulevard
Suite 1000
Miami, Florida 33134
Telephone: 305.445.2500
Facsimile: 305.445.2505

*Attorneys for Rodrigo Pérez Pallares*

*Applications for Admission Pending

/s/ Louis K. Fisher
THOMAS F. CULLEN, JR., D.C. Bar No. 224733
TFCullen@jonesday.com
LOUIS K. FISHER, D.C. Bar No. 475502
LKFisher@jonesday.com
LUKE A. SOBOTA, D.C. Bar No. 477935
LASobota@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: 202.879.3939
Facsimile: 202.626.1700

ANDREA E. NEUMAN, Cal. Bar No. 149733,
*Pro hac vice pending*
ANeuman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

THOMAS G. HUNGAR, D.C. Bar No. 447783
THungar@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Chevron Corporation*