## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In re Application of

CHEVRON CORPORATION,

Applicant,

Misc. Action No. 10-371 (CKK) (DAR)

To Issue a Subpoena for the Taking of a
Deposition and the Production of
Documents.

## ORDER
(October 20, 2010)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 20th day of

October, 2010, hereby

**ORDERED** that the [1] Application by Chevron Corporation ("Chevron") pursuant to 28

U.S.C. § 1782(a) for the issuance of a subpoena requiring Respondent Alberto Wray Espinosa

("Wray") to produce documents and appear at a deposition in Washington, D.C. is GRANTED,

except that Wray shall only be required to produce documents within his possession, custody, or

control and located within the United States, including electronically stored information

accessible from this District; it is further

**ORDERED** that the geographic limitations to production imposed by the preceding

paragraph are conditioned upon Wray's submission to the jurisdiction of the Ecuadorian courts in

the ongoing litigation against Chevron in Lago Agrio, Ecuador and the criminal proceedings

against Rodrigo Pérez Pallares and Ricardo Reis Veiga with respect to the production of

documents responsive to Chevron's discovery requests and located in Ecuador; it is further

**ORDERED** that the requested discovery shall be completed on or before November 3,

2010; it further

ORDERED that the Republic of Ecuador's [65] Motion to Strike New Evidence
Submitted by Applicants or, in the Alternative, for Leave to File a Sur-Reply is DENIED; it is
further

ORDERED that Chevron's [64] Motion to File a Corrected Reply Brief and Corrected
Exhibit is GRANTED; the Clerk of the Court is directed to: (i) STRIKE Chevron's Reply in
Support of its Objections to the Magistrate Judge's Orders Regarding the Scope of Discovery
Under 28 U.S.C. § 1782, Docket No. [62], and SUBSTITUTE in its place Chevron's Corrected
Reply in Support of its Objections to the Magistrate Judge's Orders Regarding the Scope of
Discovery Under 28 U.S.C. § 1782, Docket No. [64-1]; and (ii) STRIKE Chevron's Exhibit 93,
Docket No. [62-12], and SUBSTITUTE in its place Exhibit 93-R, Docket No. [64-3]; and it is
further

ORDERED that the Lago Agrio Plaintiffs' [66] Motion to Supplement the Record is
GRANTED.

SO ORDERED.

*This is a final, appealable Order.*


                              /s/
                        COLLEEN KOLLAR-KOTELLY
                        United States District Judge