# EXHIBIT 110

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 1. | 6/4/2004 | Communication re: inspections | Jurado, S. Donziger, Wray | Russell | Calmbacher | Attorney Work Product; Article 335 |
| 2. | 6/9/2004 | Communication re: inspections | Wray | Pareja | | Attorney Work Product; Article 335 |
| 3. | 6/17/2004 | Communication re: inspections | Russell | Jurado | Wray | Attorney Work Product; Article 335 |
| 4. | 6/17/2004 | Communication re: inspections and testing | Jurado, Calmbacher, Donziger, Wray | Russell | | Attorney Work Product; Article 335 |
| 5. | 6/18/2004 | Communication re: inspections | Wray, Pareja | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 6. | 6/18/2004 | Communication re: technical requirements | Donziger | Pareja | Wray | Attorney Work Product; Article 335 |
| 7. | 8/18/2004 | Communication re: arbitration | Donziger, Pallares, Esperanza Martinez, Wray, Luis Yanza | Bonifaz | | Article 335 |
| 8. | 8/22/2004 | Communication re: security concerns | Russell, Calmbacher | Donziger | Wray | Attorney Work Product; Article 335 |
| 9. | 8/24/2004 | Communication re: inspection site | meyepez | Donziger | Pallares, Yarza, Wray | Attorney Work Product; Article 335 |
| 10. | 8/24/2004 | Communication re: information sharing | Wray | Donziger | Yarza, Pallares | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 11. | 8/25/2004 | Communication re: requests to experts | Wray, Donziger, Calmbacher | Russell | | Attorney Work Product; Article 335 |
| 12. | 8/25/2004 | Communication re: technical reports | Russell | Wray | | Attorney Work Product; Article 335 |
| 13. | 8/26/2004 | Communication re: inspections | Wray | Russell | | Attorney Work Product; Article 335 |
| 14. | 8/29/2004 | Communication re: budget | Russell, Calmbacher | Donziger | Wray | Attorney Work Product; Article 335 |

| <u>No.</u> | <u>Date</u> | <u>Subject</u> | <u>To</u> | <u>From</u> | <u>CC</u> | <u>Privilege</u> |
|---|---|---|---|---|---|---|
| 15. | 8/30/2004 | Communication re: reports | Donziger, Russell, Calmbacher, Wray | Russell | | Attorney Work Product; Article 335 |
| 16. | 8/30/2004 | Communication re: reports | Russell, Calmbacher, Wray | Donziger | | Attorney Work Product; Article 335 |
| 17. | 8/30/2004 | Communication re: reports | Russell, Calmbacher | Donziger | Wray | Attorney Work Product; Article 335 |
| 18. | 8/30/2004 | Communication re: permits | Wray | Donziger | Russell, Calmbacher | Attorney Work Product; Article 335 |
| 19. | 8/30/2004 | Communication re: reports | Donziger | Calmbacher | Russell, Wray | Attorney Work Product; Article 335 |
| 20. | 8/30/2004 | Communication re: permits | Donziger | Wray | Russell, Calmbacher, Pareja | Attorney Work Product; Article 335 |
| 21. | 8/31/2004 | Communication re: station visits | Pareja, Wray | Donziger | Russell, Calmbacher | Attorney Work Product; Article 335 |
| 22. | 9/1/2004 | Communication re: meeting with technical staff and experts | Wray | Pareja | | Attorney Work Product; Article 335 |
| 23. | 9/1/2004 | Communication re: station visits | Pareja, Wray | Donziger | Russell, Calmbacher | Attorney Work Product; Article 335 |
| 24. | 9/1/2004 | Communication re: station visits | Donziger, Wray | Pareja | Russell, Calmbacher | Attorney Work Product; Article 335 |
| 25. | 9/1/2004 | Communication re: incident reports, court request | Donziger, Wray | Russell | | Attorney Work Product; Article 335 |
| 26. | 9/3/2004 | Communication re: technical team work | Russell | Wray | | Attorney Work Product; Article 335 |
| 27. | 9/3/2004 | Communication re: schedules | Donziger, Calmbacher, Wray, selvaviva2004 | Russell | | Attorney Work Product; Article 335 |
| 28. | 9/3/2004 | Communication re: scope of | Wray | Russell | | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| | | protocols | | | | |
| 29. | 9/3/2004 | Communication re:scope of protocols | Wray | Russell | | Attorney Work Product; Article 335 |
| 30. | 9/3/2004 | Communication re: Inspections | Bonifaz, Wray | Pallares | Donziger | Attorney Work Product; Article 335 |
| 31. | 9/3/2004 | Communication re: Media reporting | Bonifaz, Wray | Pallares | Donziger | Attorney Work Product; Article 335 |
| 32. | 9/4/2004 | Communication re: scientific information | Bonifaz, Donziger | Pallares | | Attorney Work Product; Article 335 |
| 33. | 9/4/2004 | Communication re: remediation reports | Pallares, Donziger, Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 34. | 9/4/2004 | Communication re: scientific information | Donziger, Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 35. | 9/4/2004 | Communication re: scientific information | Bonifaz, Donziger | Pallares | | Attorney Work Product; Article 335 |
| 36. | 9/4/2004 | Communication re: Media reporting | Pallares, Donziger, Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 37. | 9/5/2004 | Communication re: Media reporting | Bonifaz, Wray, Donziger | Pallares | | Attorney Work Product; Article 335 |
| 38. | 9/5/2004 | Communication re: technical questions | Pallares | Wray | | Attorney Work Product; Article 335 |
| 39. | 9/6/2004 | Communication re: technical questions | Pareja | Camino | | Attorney Work Product; Article 335 |
| 40. | 9/6/2004 | Communication re: technical questions | Wray | Pareja | | Attorney Work Product; Article 335 |
| 41. | 9/6/2004 | Communication re: reports | Pareja | Wray | | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 42. | 9/6/2004 | Communication re: reports | Wray | Pareja | | Attorney Work Product; Article 335 |
| 43. | 9/7/2004 | Communication re: reports | Pareja | Wray | | Attorney Work Product; Article 335 |
| 44. | 9/7/2004 | Communication re: inspections | Wray | Pareja | | Attorney Work Product; Article 335 |
| 45. | 9/6/2004 | Communication re: inspections | Wray | Pareja | | Attorney Work Product; Article 335 |
| 46. | 9/7/2004 | Communication re: inspections | Pareja | Wray | | Attorney Work Product; Article 335 |
| 47. | 9/7/2004 | Communication re: logistics | Wray | Pareja | | Attorney Work Product; Article 335 |
| 48. | 9/7/2004 | Communication re: logistics | Pareja | Wray | | Attorney Work Product; Article 335 |
| 49. | 9/7/2004 | Communication re: inspections, technical team | Wray | Pareja | | Attorney Work Product; Article 335 |
| 50. | 9/7/2004 | Communication re: experts | Wray | Pareja | | Attorney Work Product; Article 335 |
| 51. | 9/7/2004 | Communication re: experts | Pareja | Wray | | Attorney Work Product; Article 335 |
| 52. | 9/7/2004 | Communication re: meeting, technical team work | Wray | Pareja | | Attorney Work Product; Article 335 |
| 53. | 9/7/2004 | Communication re: reports | Russell, Pareja, Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 54. | 9/9/2004 | Communication re: meeting, technical teamwork | Wray | Pareja | | Attorney Work Product; Article 335 |
| 55. | 9/9/2004 | Communication re: meeting, technical teamwork | Pareja | Wray | | Attorney Work Product; Article 335 |
| 56. | 9/9/2004 | Communication re: inspections | Wray | Pareja | | Attorney Work Product; Article 335 |
| 57. | 9/12/2004 | Communication re: expert | Calmbacher | Donziger | Russell, Wray | Attorney Work Product; Article 335 |
| 58. | 9/12/2004 | Communication re: expert | Donziger, Calmbacher | Wray | Russell | Attorney-Client Privilege; Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 59. | 9/12/2004 | Communication re: expert | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 60. | 9/12/2004 | Communication re: expert | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 61. | 9/12/2004 | Communication re: technical team work | Pallares | Donziger | Wray, Kohn | Attorney Work Product; Article 335 |
| 62. | 9/12/2004 | Communication re: technical team work | Donziger, Manuel | Wray | Kohn | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 63. | 9/15/2004 | Communication re: technical team work | Wray, Pareja | Donziger | Russell, Calmbacher | Attorney Work Product; Article 335 |
| 64. | 9/15/2004 | Communication re: technical team work | Donziger, Wray | Pareja | Russell, Calmbacher, Manuel | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 65. | 9/15/2004 | Communication re: protocols | Pareja | Wray | | Attorney Work Product; Article 335 |
| 66. | 9/15/2004 | Communication re: protocols | Russell, Calmbacher | Pareja | Wray, Donziger | Attorney Work Product; Article 335 |
| 67. | 9/16/2004 | Communication re: protocols | Pareja, Calmbacher, Wray, Donziger | Russell | | Attorney Work Product; Article 335 |
| 68. | 9/16/2004 | Communication re: protocols | Russell, Pareja, Donziger, Calmbacher | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 69. | 9/16/2004 | Communication re: protocols | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 70. | 9/16/2004 | Communication re: experts | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 71. | 9/15/2004 | Communication re: experts | Wray | Donziger | Pallares | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 72. | 9/15/2004 | Communication re: experts | Donziger | Wray | Pareja, Pallares | Attorney-Client Privilege; Attorney |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| | | | | | | Work Product; Article 335 |
| 73. | 9/16/2004 | Communication re: experts | Wray, Donziger | Pallares | Pareja | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 74. | 9/16/2004 | Communication re: experts | Pallares, Donziger | Wray | Pareja | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 75. | 9/21/2004 | Communication re: technical team work | Russell, Pallares | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 76. | 9/21/2004 | Communication re: technical team work | Donziger, Russell, Wray | Pallares | | Attorney Work Product; Article 335 |
| 77. | 9/21/2004 | Communication re: technical team work | Pallares, Donziger, Russell | Wray | | Attorney Work Product; Article 335 |
| 78. | 9/21/2004 | Communication re: information sharing | Wray | Pallares | Bonifaz | Attorney Work Product; Article 335 |
| 79. | 9/21/2004 | Communication re: legal team work | Pallares | Wray | | Attorney Work Product; Article 335 |
| 80. | 9/20/2004 | Communication re: legal team work | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 81. | 9/21/2004 | Communication re: legal team work | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 82. | 9/21/2004 | Communication re: technical team work | Donziger, Pallares, Russell | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 83. | 9/21/2004 | Communication re: technical team work | Wray, Pallares, Russell | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 84. | 9/21/2004 | Communication re: technical team work | Donziger, Pallares, Russell | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 85. | 9/22/2004 | Communication re: legal team, | Wray | Pareja | | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|-----|------|---------|-----|------|-----|-----------|
| | | inspections | | | | |
| 86. | 9/22/2004 | Communication re: technical team work | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 87. | 9/22/2004 | Communication re: technical team work | Wray | Paola Sofia Delgado Loor | | Attorney Work Product; Article 335 |
| 88. | 9/22/2004 | Communication re: technical team work | Paola Sofia Delgado Loor | Wray | | Attorney Work Product; Article 335 |
| 89. | 9/22/2004 | Communication re: budget | Wray | Pareja | Donziger | Attorney Work Product; Article 335 |
| 90. | 9/23/2004 | Communication re: budget | Pareja | Wray | | Attorney Work Product; Article 335 |
| 91. | 9/24/2004 | Communication re: information sharing policy | Wray | Donziger | Pareja, Russell | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 92. | 9/24/2004 | Communication re: information sharing policy | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 93. | 9/23/2004 | Communication re: technical team work | Wray | Donziger | Russell, Pallares | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 94. | 9/24/2004 | Communication re: technical team work | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 95. | 9/24/2004 | Communication re: inspections | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 96. | 9/24/2004 | Communication re: inspections | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 97. | 9/24/2004 | Communication re: legal team work | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 98. | 9/24/2004 | Communication re: legal team work | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|-----|------|---------|-----|------|-----|-----------|
| 99. | 9/24/2004 | Communication re: technical team work | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 100. | 9/24/2004 | Communication re: technical team work | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 101. | 9/24/2004 | Communication re: media | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 102. | 9/24/2004 | Communication re: reports | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 103. | 9/27/2004 | Communication re: protocols | Russell | Wray | Donziger, Pareja | Attorney Work Product; Article 335 |
| 104. | 9/26/2004 | Communication re: experts | Camino, Russell | Donziger | Wray, Pareja, Pallares | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 105. | 9/27/2004 | Communication re: experts | Wray | Pareja | | Attorney Work Product; Article 335 |
| 106. | 9/27/2004 | Communication re: experts | Pareja | Wray | | Attorney Work Product; Article 335 |
| 107. | 9/27/2004 | Communication re: legal team | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 108. | 9/28/2004 | Communication re: protocols | Wray, Pareja, Russell | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 109. | 9/28/2004 | Communication re: protocols | Donziger, Pareja, Russell | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 110. | 9/28/2004 | Communication re: contracts, technical team | Wray, Donziger | Russell | | Attorney Work Product; Article 335 |
| 111. | 9/28/2004 | Communication re: contracts, technical team | Donziger, Russell | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 112. | 9/28/2004 | Communication re: protocols | Wray, Pareja, Russell | Donziger | Calmbacher | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 113. | 9/28/2004 | Communication re: protocols | Donziger, Pareja, | Wray | Calmbacher | Attorney-Client Privilege; Attorney |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| | | | Russell | | | Work Product; Article 335 |
| 114. | 9/28/2004 | Communication re: legal team | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 115. | 10/10/2004 | Communication re: reports | Pareja, Wray, Camino | Donziger | Russell, Calmbacher, omdavila | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 116. | 10/10/2004 | Communication re: budgets | Donziger | Pareja | Wray | Attorney Work Product; Article 335 |
| 117. | 10/10/2004 | Communication re: budgets | Pareja | Donziger | Wray | Attorney Work Product; Article 335 |
| 118. | 10/11/2004 | Communication re: reports | Pareja, Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 119. | 10/11/2004 | Communication re: reports | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 120. | 10/12/2004 | Communication re: inspections | Wray, Russell, Calmbacher, Camino, Bilbao, omdavila | Donziger, Yanza, leozu, selvaviva2004, Pallares, fmascotti jegalarza2003, cdhsf, robherth, monsi14 | | Attorney Work Product; Article 335 |
| 121. | 10/13/2004 | Communication re: technical team work | Russell, Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 122. | 10/13/2004 | Communication re: technical team work | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 123. | 10/13/2004 | Communication re: legal team, logistics | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 124. | 10/15/2004 | Communication re: reports | Camino, Pareja, Calmbacher | Donziger | Wray, Russell | Attorney Work Product; Article 335 |
| 125. | 10/15/2004 | Communication re: technical | Russell, Calmbacher, | Camino | Wray, Pareja | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|-----|------|---------|-----|------|-----|-----------|
| | | team work | Donziger | | | |
| 126. | 10/15/2004 | Communication re: lab requirements | Donziger, Camino, Calmbacher | Russell | Wray, Pareja | Attorney Work Product; Article 335 |
| 127. | 10/16-18/201 | Communication re: lab requirements | Donziger, Camino, Calmbacher | Russell, Calmbacher, Donziger | Wray, Russell, Calmbacher, Camino, Pareja, Pallares | Attorney Work Product; Article 335 |
| 128. | 10/17/2004 | Communication re: technical team work, logistics | Russell, Wray, Donziger, Camino, Calmbacher | Pareja | | Attorney Work Product; Article 335 |
| 129. | 10/18/2004 | Communication re: technical team work | Bilbao, monsi14, fmascotti | Wray, Russell, Calmbacher, Camino, Pareja, Pallares | | Attorney Work Product; Article 335 |
| 130. | 10/20/2004 | Communication re: reports, samples | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 131. | 10/20/2004 | Communication re: reports, samples | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 132. | 10/20/2004 | Communication re: Ecuadorian law | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 133. | 10/21/2004 | Communication re: logistics | Pallares | Wray | | Attorney Work Product; Article 335 |
| 134. | 10/21/2004 | Communication re: lab, reports | Wray, Bonifaz | Pallares | | Attorney Work Product; Article 335 |
| 135. | 10/21/2004 | Communication re: inspections | Kohn, Donziger, Wray, John Bonifaz | Cristobal Bonifaz | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 136. | 10/23/2004 | Communication re: scientific information | Pallares, Wray, Donziger, Kohn, John Bonifaz | Cristobal Bonifaz | | Attorney Work Product; Article 335 |
| 137. | 10/23/2004 | Communication re: scientific | Cristobal Bonifaz, | Wray | | Attorney-Client Privilege; Attorney |

| <u>No.</u> | <u>Date</u> | <u>Subject</u> | <u>To</u> | <u>From</u> | <u>CC</u> | <u>Privilege</u> |
|---|---|---|---|---|---|---|
| | | information | Pallares, Donziger, Kohn, John Bonifaz | | | Work Product; Article 335 |
| 138. | 10/25/2004 | Communication re: expert | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 139. | 10/26/2004 | Communication re: Meetings | Camino | Wray | | Attorney Work Product; Article 335 |
| 140. | 10/27/2004 | Communication re: Meeting in New York | Cristobal Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 141. | 10/28/2004 | Communication re: samples, reports | Calmbacher | Donziger | Russell, Wray, Pareja | Attorney Work Product; Article 335 |
| 142. | 10/28/2004 | Communication re: samples, reports | Donziger | Calmbacher | Russell, Wray, Pareja | Attorney Work Product; Article 335 |
| 143. | 11/2/2004 | Communication re:experts | Camino,Bilbao | Pareja | Wray, Donziger, Russell | Attorney Work Product; Article 335 |
| 144. | 11/2/2004 | Communication re: reports | Donziger | Calmbacher | Russell, Pareja | Attorney Work Product; Article 335 |
| 145. | 11/2/2004 | Communication re: reports | Calmbacher, Donziger | Pareja | Russell, Wray | Attorney Work Product; Article 335 |
| 146. | 11/2/2004 | Communication re: reports | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 147. | 11/3/2004 | Communication re: reports | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 148. | 11/3/2004 | Communication re: reports, samples | Camino, Pareja, Donziger | Wray | Pallares, Russell | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 149. | 11/3/2004 | Communication re: reports | Pareja | Wray | | Attorney Work Product; Article 335 |
| 150. | 11/3/2004 | Communication re: reports | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 151. | 11/3/2004 | Communication re: reports | Pareja | Calmbacher | Russell, | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|-----|------|---------|-----|------|-----|-----------|
| | | | | | Donziger | |
| 152. | 11/3/2004 | Communication re: reports | Calmbacher | Pareja | Russell, Donziger, Wray | Attorney Work Product; Article 335 |
| 153. | 11/4/2004 | Communication re: lab | Wray | Donziger | Pareja, Camino, Russell, fmascotti | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 154. | 11/4/2004 | Communication re: lab | Donziger | Wray | Pareja, Camino, Russell, fmascotti | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 155. | 11/4/2004 | Communication re: lab | Wray | Donziger | Pareja, Camino, Russell, fmascotti | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 156. | 11/5/2004 | Communication re: scientific information | Angel Eduardo Ron Sandoval | Russell | Donziger, Pareja, Wray | Attorney Work Product; Article 335 |
| 157. | 11/5/2004 | Communication re: scientific information | Angel Eduardo Ron Sandoval, Russell, Camino | Wray | Bonifaz, Donziger, Pareja | Attorney Work Product; Article 335 |
| 158. | 11/5/2004 | Communication re: budget | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 159. | 11/5/2004 | Communication re: budget | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 160. | 11/5/2004 | Communication re: budget | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 161. | 11/8/2004 | Communication re: reports | Pareja | Calmbacher | | Attorney Work Product; Article 335 |
| 162. | 11/8/2004 | Communication re: reports | Calmbacher | Pareja | Wray, Donziger, Russell | Attorney Work Product; Article 335 |
| 163. | 11/9/2004 | Communication re: reports | Pareja | Donziger | Wray, Russell | Attorney Work Product; Article 335 |

WAI-2985062v1

| No. | Date | Subject | To | From | CC | Privilege |
|-----|------|---------|-----|------|-----|-----------|
| 164. | 11/9/2004 | Communication re: reports | Pareja | Calmbacher | Russell, Donziger | Attorney Work Product; Article 335 |
| 165. | 11/9/2004 | Communication re: reports | Calmbacher | Pareja | Wray, Donziger, Russell | Attorney Work Product; Article 335 |
| 166. | 11/10/2004 | Communication re: reports | Pareja | Calmbacher | Wray, Donziger, Russell, Leozu | Attorney Work Product; Article 335 |
| 167. | 11/11/2004 | Communication re: reports | Jen Bilbao | Camino | Pareja, Wray, Donziger | Attorney Work Product; Article 335 |
| 168. | 11/11/2004 | Communication re: reports | Calmbacher | Pareja | Wray, Donziger, Russell, Leozu | Attorney Work Product; Article 335 |
| 169. | 11/14/2004 | Communication re: reports | Bilbao | Camino | Wray, Donziger, Pareja | Attorney Work Product; Article 335 |
| 170. | 11/14/2004 | Communication re: legal team, technical team | Wray | Camino | Donziger Pareja | Attorney Work Product; Article 335 |
| 171. | 11/23/2004 | Communication re: reports | Camino | Donziger | Russell | Attorney Work Product; Article 335 |
| 172. | 11/23/2004 | Communication re: reports | Camino, Donziger | Russell | Wray | Attorney Work Product; Article 335 |
| 173. | 11/23/2004 | Communication re: reports | Russell, Camino | Donziger | Wray | Attorney Work Product; Article 335 |
| 174. | 11/23/2004 | Communication re: Prosecutor's Office | Wray | Camino | | Attorney Work Product; Article 335 |
| 175. | 11/24/2004 | Communication re: reports | Bilbao | Camino | Wray, Donziger | Attorney Work Product; Article 335 |
| 176. | 11/24/2004 | Communication re: Sharing Technical information with Prosecutor's Office | Camino | Wray | Donziger | Attorney Work Product; Article 335 |
| 177. | 11/24/2004 | Communication re: Petroecuador | Wray | Bonifaz | Donziger | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 178. | 11/24/2004 | Communication re: Petroecuador | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 179. | 11/24/2004 | Communication re: reports | Camino | Wray | Donziger | Attorney Work Product; Article 335 |
| 180. | 11/24/2004 | Communication re: report standards | Camino | Donziger | Wray | Attorney Work Product; Article 335 |
| 181. | 11/25/2004 | Communication re: report | Donziger | Wray | Camino | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 182. | 11/25/2004 | Communication re: media, logistics | Wray, Camino | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 183. | 11/26/2004 | Communication re: report, logistics | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 184. | 11/25-26/20( | Communication re: report | Bilbao | Camino, Wray | Donziger, Pareja, Camino | Attorney Work Product; Article 335 |
| 185. | 11/27/2004 | Communication re: report | Camino | Wray | Donziger, Russell | Attorney Work Product; Article 335 |
| 186. | 11/27/2004 | Communication re: report | Camino | Wray | Paola Sofia Delgado Loor, Donziger | Attorney Work Product; Article 335 |
| 187. | 11/27/2004 | Communication re: report | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 188. | 11/27/2004 | Communication re: report, samples | Bilbao | Calmbacher | Russell, Camino, Pareja, Donziger, Wray | Attorney Work Product; Article 335 |
| 189. | 11/27/2004 | Communication re: report, samples | Calmbacher, Bilbao | Donziger | Russell, Camino, Pareja, Donziger, Wray | Attorney Work Product; Article 335 |
| 190. | 11/27/2004 | Communication re report | Donziger | Wray | | Attorney-Client Privilege; Attorney |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| | | | | | | Work Product; Article 335 |
| 191. | 11/27/2004 | Communication re report | Wray | Donziger | Camino, Russell, Calmbacher | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 192. | 11/27/2004 | Communication re reports | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 193. | 11/27/2004 | Communication re reports | Wray | Camino | | Attorney Work Product; Article 335 |
| 194. | 11/27/2004 | Communication re reports | Camino | Wray | | Attorney Work Product; Article 335 |
| 195. | 11/27/2004 | Communication re report deadline | Donziger | Camino | Wray | Attorney Work Product; Article 335 |
| 196. | 11/27/2004 | Communication re: report | Camino, Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 197. | 11/28/2004 | Communication re: report logistics | Wray | Camino | Russell, Donziger | Attorney Work Product; Article 335 |
| 198. | 11/28/2004 | Communication re: report | Camino | Wray | | Attorney Work Product; Article 335 |
| 199. | 11/28/2004 | Communication re: report | Wray, Donziger | Russell | | Attorney Work Product; Article 335 |
| 200. | 11/28/2004 | Communication re: legal team, technical team | Camino | Donziger | Wray, Calmbacher, Russell, Pareja | Attorney Work Product; Article 335 |
| 201. | 11/28/2004 | Communication re: experts | Pareja | Wray | Donziger | Attorney Work Product; Article 335 |
| 202. | 11/28/2004 | Communication re: report | Camino | Wray | Donziger, Russell, Pareja | Attorney Work Product; Article 335 |
| 203. | 11/28/2004 | Communication re: scientific/health information | Wray | Camino | Donziger | Attorney Work Product; Article 335 |
| 204. | 11/28/2004 | Communication re: reports | Donziger, Camino | Wray | Pareja | Attorney-Client Privilege; Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 205. | 11/28/2004 | Communication re: report, logistics | Wray | Camino | Donziger, Pareja | Attorney Work Product; Article 335 |
| 206. | 11/28/2004 | Communication re: report, logistics | Camino | Wray | | Attorney Work Product; Article 335 |
| 207. | 11/28/2004 | Communication re: reports, expert, logistics | Pareja | Donziger | Wray, Calmbacher, Russell, Camino | Attorney Work Product; Article 335 |
| 208. | 11/29/2004 | Communication re: media contact | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 209. | 11/29/2004 | Communication re: media contact | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 210. | 11/29/2004 | Communication re: report, media contact | Camino | Donziger | Wray, Pareja | Attorney Work Product; Article 335 |
| 211. | 11/29/2004 | Communication re: report | Donziger, Camino | Wray | Pareja | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 212. | 11/29/2004 | Communication re: liability | Wray | Yanza | | Attorney Work Product; Article 335 |
| 213. | 11/29/2004 | Communication re: liability | Yanza | Wray | | Attorney Work Product; Article 335 |
| 214. | 11/29/2004 | Communication re: Petroecuador | Bonifaz, Donziger, Wray | Pallares | | Attorney Work Product; Article 335 |
| 215. | 11/29/2004 | Communication re: Petroecuador | Bonifaz, Donziger, Pallares | Wray | | Attorney Work Product; Article 335 |
| 216. | 11/30/2004 | Communication re: media contact | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 217. | 11/30/2004 | Communication re: media contact | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 218. | 12/1/2004 | Communication re: Meetings in | Wray | Bonifaz | | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|-----|------|---------|-----|------|-----|-----------|
| | | DC | | | | |
| 219. | 12/1/2004 | Communication re: Meetings in DC | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 220. | 12/1/2004 | Communication re: Meetings in DC | Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 221. | 12/1/2004 | Communication re: Meetings in DC | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 222. | 12/2/2004 | Communication re: samples, reports | Pareja | Russell | | Attorney Work Product; Article 335 |
| 223. | 12/3/2004 | Communication re: reports | Pareja | Wray | | Attorney Work Product; Article 335 |
| 224. | 12/3/2004 | Communication re: samples, reports | Russell | Pareja | Calmbacher | Attorney Work Product; Article 335 |
| 225. | 12/6/2004 | Communication re: samples, reports | Calmbacher | Camino | Russell, Donziger, Wray | Attorney Work Product; Article 335 |
| 226. | 12/6/2004 | Communication re: standards, treaties | Donziger | Russell, Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 227. | 12/6/2004 | Communication re: reports | Calmbacher | Camino | Russell, Donziger, Wray | Attorney Work Product; Article 335 |
| 228. | 12/6/2004 | Communication re: treaties | Camino, Donziger | Russell | | Attorney Work Product; Article 335 |
| 229. | 12/7/2004 | Info regarding the approval of the remediation | Donziger | Camino | Wray, Bonifaz | Attorney Work Product; Article 335 |
| 230. | 12/7/2004 | Communication re: Petroecuador | Camino | Bonifaz | Wray, Donziger | Attorney Work Product; Article 335 |
| 231. | 12/8/2004 | Communication re: technical information | Bonifaz | Camino | Wray, Donziger, Pareja | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 232. | 12/8/2004 | Communication re: Ecuadorian law | Camino, Bonifaz | Wray | Donziger, Pareja | Attorney Work Product; Article 335 |
| 233. | 12/9/2004 | Communication re: remediation reports | Russell | Camino | Donziger, Wray, Pareja, Bonifaz | Attorney Work Product; Article 335 |
| 234. | 12/10/2004 | Communication re: remediation reports | Camino | Russell | Donziger, Wray, Pareja, Bonifaz | Attorney Work Product; Article 335 |
| 235. | 12/10/2004 | Communication re: cost estimates | Russell, Camino, Pareja, Wray | Donziger | Bonifaz | Attorney Work Product; Article 335 |
| 236. | 12/12/2004 | Communication re: cost estimates | Donziger | Wray | Russell, Camino, Pareja, Bonifaz | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 237. | 12/12/2004 | Communication re: samples, reports | Pareja | Russell | Calmbacher | Attorney Work Product; Article 335 |
| 238. | 12/12/2004 | Communication re: samples, reports | Russell | Pareja | Donziger, Calmbacher, Wray | Attorney Work Product; Article 335 |
| 239. | 12/12/2004 | Communication re: samples, reports | Pareja | Russell | Donziger | Attorney Work Product; Article 335 |
| 240. | 12/12/2004 | Communication re: samples, reports | Russell | Pareja | Donziger, Calmbacher, Wray | Attorney Work Product; Article 335 |
| 241. | 12/12/2004 | Communication re: samples, reports | Wray | Camino | Donziger | Attorney Work Product; Article 335 |
| 242. | 12/13/2004 | Communication re: technical team work | Wray | Russell | | Attorney Work Product; Article 335 |
| 243. | 12/14/2004 | Communication re: samples | Pareja, Russell | Calmbacher | Donziger, Wray, Camino | Attorney Work Product; Article 335 |
| 244. | 12/14/2004 | Communication re: samples, | Russell | Camino | Donziger, | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| | | reports | | | Calmbacher, Wray | |
| 245. | 12/14/2004 | Communication re: report | Wray | Camino | Pareja, Donziger Russell | Attorney Work Product; Article 335 |
| 246. | 12/15/2004 | Communication re: samples, reports | Calmbacher, Russell | Pareja | Donziger, Wray, Camino | Attorney Work Product; Article 335 |
| 247. | 12/19/2004 | Communication re: samples, reports | Russell, Calmbacher, Camino | Pareja | Wray, Donziger, Bonifaz, Pallares | Attorney Work Product; Article 335 |
| 248. | 12/19/2004 | Communication re: samples, reports | Pareja, Calmbacher, Camino | Russell | Wray, Donziger, Bonifaz, Pallares | Attorney Work Product; Article 335 |
| 249. | 12/19/2004 | Communication re: samples, reports | Russell, Calmbacher, Camino | Pareja | Wray, Donziger, Bonifaz, Pallares | Attorney Work Product; Article 335 |
| 250. | 12/19/2004 | Communication re: budget | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 251. | 12/20/2004 | Communication re: inspections | Pareja, Russell, Camino | Calmbacher | Wray, Donziger, Bonifaz, Pallares | Attorney Work Product; Article 335 |
| 252. | 12/22/2004 | Communication re: inspections | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 253. | 1/3/2005 | Communication re: reports | Wray | Camino | Donziger, Russell | Attorney Work Product; Article 335 |
| 254. | 1/3/2005 | Communication re: logistics | Camino | Wray | Donziger | Attorney Work Product; Article 335 |
| 255. | 1/13/2005 | Communication re: budget | Kohn, Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 256. | 1/13/2005 | Communication re: peritaje global | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 257. | 1/18/2005 | Communication re: team reorganization | Wray | Bonifaz | | Attorney Work Product; Article 335 |

| <u>No.</u> | <u>Date</u> | <u>Subject</u> | <u>To</u> | <u>From</u> | <u>CC</u> | <u>Privilege</u> |
|---|---|---|---|---|---|---|
| 258. | 1/18/2005 | Communication re: experts, inspections | Wray | Camino | Donziger | Attorney Work Product; Article 335 |
| 259. | 1/19/2005 | Communication re: cost estimates | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 260. | 1/19/2005 | Communication re: experts, reports | Donziger | Fajardo | Wray | Attorney Work Product; Article 335 |
| 261. | 1/19/2005 | Communication re: reports | Fajardo | Wray | | Attorney Work Product; Article 335 |
| 262. | 1/21/2005 | Communication re: due dates | Pareja | Wray | | Attorney Work Product; Article 335 |
| 263. | 1/21/2005 | Communication re: pre-inspections | Pareja | Wray | | Attorney Work Product; Article 335 |
| 264. | 1/24/2005 | Communication re: peritaje global | Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 265. | 1/25/2005 | Communication re: peritaje global | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 266. | 1/24/2005 | Communication re: technical team work | Wray | Camino | Donziger, Yanza, Fajardo, Guerra | Attorney Work Product; Article 335 |
| 267. | 1/25/2005 | Communication re: technical team work | Camino | Wray | | Attorney Work Product; Article 335 |
| 268. | 1/25/2005 | Communication re: technical team work, logistics | Camino | Wray | Donziger | Attorney Work Product; Article 335 |
| 269. | 1/25/2005 | Communication re: technical team work, logistics | Pareja | Wray | | Attorney Work Product; Article 335 |
| 270. | 1/26/2005 | Communication re: technical team work, logistics | Wray | Camino | Donziger | Attorney Work Product; Article 335 |
| 271. | 1/26/2005 | Communication re: technical team work, logistics | Camino | Wray | Donziger | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 272. | 1/27/2005 | Communication re: technical team work, logistics | Wray | Camino | | Attorney Work Product; Article 335 |
| 273. | 1/27/2005 | Communication re: technical team work, logistics | Camino | Wray | Donziger | Attorney Work Product; Article 335 |
| 274. | 1/27/2005 | Communication re: technical team work, logistics | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 275. | 1/27/2005 | Communication re: technical team work, logistics | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 276. | 1/31/2005 | Communication re: Texaco reports | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 277. | 1/31/2005 | Communication re: technical team work, logistics | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 278. | 1/31/2005 | Communication re: technical team work, logistics | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 279. | 1/31/2005 | Communication re: Reis Veiga | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 280. | 1/31/2005 | Communication re: Reis Veiga | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 281. | 2/1/2005 | Communication re: budget | Wray | Ernesto | | Attorney Work Product; Article 335 |
| 282. | 2/1/2005 | Communication re: technical team work | Ernesto | Wray | | Attorney Work Product; Article 335 |
| 283. | 2/2/2005 | Communication re: technical team work | Wray | Ernesto | | Attorney Work Product; Article 335 |
| 284. | 2/2/2005 | Communication re: budget | Ernesto | Wray | | Attorney Work Product; Article 335 |
| 285. | 2/2/2005 | Communication re: questions about reports | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 286. | 2/2/2005 | Communication re: questions about reports | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 287. | 2/4/2005 | Communication re: Petroecuador | Pallares | Wray | | Attorney Work Product; Article 335 |
| 288. | 2/3/2005 | Communication re: Petroecuador | Wray, Donziger | Pallares | | Attorney Work Product; Article 335 |
| 289. | 2/4/2005 | Communication re: technical team, legal team | Pallares | Wray | | Attorney Work Product; Article 335 |
| 290. | 2/3/2005 | Communication re: technical team, legal team | Wray, Donziger | Pallares | | Attorney Work Product; Article 335 |
| 291. | 2/11/2005 | Communication re: logistics | Luis Yanza | Wray | | Attorney Work Product; Article 335 |
| 292. | 2/11/2005 | Communication re: recent developments | Wray | Yanza | Icoca62 | Attorney Work Product; Article 335 |
| 293. | 2/12/2005 | Communication re: reports | Donziger | Camino | Wray, Russell | Attorney Work Product; Article 335 |
| 294. | 2/22/2005 | Communication re: Camino | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 295. | 2/22/2005 | Communication re: Camino | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 296. | 2/23/2005 | Communication re: Meeting with Prosecutor General's office | Bonifaz, Wray, Donziger, Martinez | M. Pallares | | Attorney Work Product; Article 335 |
| 297. | 2/22/2005 | Communication re: budget, Camino | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 298. | 2/22/2005 | Communication re: Camino | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 299. | 3/1/2005 | Communication re: inspection questions | Wray | Pallares | | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 300. | 8/24/2004 | Communication re: inspections | Donziger | Wray | Pallares, Yanza | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 301. | 3/2/2005 | Communication re: Ecuadorian law | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 302. | 3/2/2005 | Communication re: reports | Donziger | Camino | Russell, Wray | Attorney Work Product; Article 335 |
| 303. | 3/17/2005 | Communication re: Peritaje Global | Bonifaz, Donziger, John Bonifaz, Kohn | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 304. | 3/17/2005 | Communication re: Peritaje Global | Donziger, John Bonifaz, Kohn, Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 305. | 3/16/2005 | Communication re: conference call | John Bonifaz, Bonifaz, Kohn, Wray | Donziger | | Attorney Work Product; Article 335 |
| 306. | 3/16/2005 | Communication re: conference call | Bonifaz, Kohn, Wray, Donziger | John Bonifaz | | Attorney Work Product; Article 335 |
| 307. | 3/16/2005 | Communication re: conference call | John Bonifaz, Kohn, Wray, Donziger | Bonifaz | | Attorney Work Product; Article 335 |
| 308. | 3/16/2005 | Communication re: conference call | John Bonifaz, Wray, Donziger, Bonifaz | Kohn, | | Attorney Work Product; Article 335 |
| 309. | 3/16/2005 | Communication re: conference call | John Bonifaz, Kohn, Wray, Donziger | Bonifaz | | Attorney Work Product; Article 335 |
| 310. | 3/16/2005 | Communication re: Texaco's defense | John Bonifaz, Bonifaz, Kohn, Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 311. | 3/18/2005 | Communication re: Judge's order | Bonifaz | Wray | Donziger | Attorney Work Product; Article 335 |
| 312. | 3/21/2005 | Communication re: inspections | Pallares | Wray | | Attorney Work Product; Article 335 |
| 313. | 3/21/2005 | Communication re: inspections | Wray | Pallares | | Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 314. | 3/21/2005 | Communication re: inspections | Camino | Wray | Donziger | Attorney Work Product; Article 335 |
| 315. | 3/21/2005 | Communication re: inspections | Wray | Camino | Donziger | Attorney Work Product; Article 335 |
| 316. | 3/24/2005 | Communication re: standards to apply | Donziger, Letta Tayler | Wray | | Article 335 |
| 317. | 3/24/2005 | Communication re: standards to apply | Letta Tayler | Donziger | Wray | Article 335 |
| 318. | 3/24/2005 | Communication re: standards to apply | Donziger | Letta Tayler | | Article 335 |
| 319. | 3/24/2005 | Communication re: standards to apply | Letta Tayler | Donziger | | Article 335 |
| 320. | 4/4/2005 | Communication re: report | Delgado | Wray | | Attorney Work Product; Article 335 |
| 321. | 3/29/2005 | Communication re: Texaco report | Wray | Delgado | | Attorney Work Product; Article 335 |
| 322. | 4/4/2005 | Communication re: logistics | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 323. | 4/4/2005 | Communication re: logistics | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 324. | 4/4/2005 | Communication re: Camino | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 325. | 4/4/2005 | Communication re: budgets | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 326. | 4/12/2005 | Communication re: final pleading | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 327. | 4/12/2005 | Communication re: legal research | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 328. | 4/12/2005 | Communication re: final pleading | Delgado, Pareja | Wray | Pallares, Alban | Attorney Work Product; Article 335 |
| 329. | 5/9/2005 | Communication re: Ecuadorian Judiciary | Bonifaz, Kohn, Donziger, John Bonifaz | Wray | MCGSNY, Collingsworth, Baxter, Allanoff | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 330. | 5/9/2005 | Communication re: Ecuadorian Judiciary | Kohn, Donziger, John Bonifaz, Wray | Bonifaz | MCGSNY, Collingsworth, Baxter, Allanoff | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 331. | 5/13/2005 | Communication re: Camino | Donziger | Wray | Pallares, Pareja | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 332. | 5/13/2005 | Communication re: Camino | Camino | Wray | | Attorney Work Product; Article 335 |
| 333. | 5/13/2005 | Communication re: Camino | Wray | Camino | | Attorney Work Product; Article 335 |
| 334. | 5/13/2005 | Communication re: Camino | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 335. | 5/13/2005 | Communication re: Camino | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 336. | 5/13/2005 | Communication re: Camino | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 337. | 5/13/2005 | Communication re: Camino | Alejandro Ponce | Donziger | Wray | Attorney Work Product; Article 335 |
| 338. | 5/16/2005 | Communication re: debts | Wray | Camino | | Attorney Work Product; Article 335 |
| 339. | 5/16/2005 | Communication re: expert | Wray | Camino | | Attorney Work Product; Article 335 |
| 340. | 5/27/2005 | Communication re: debts | Pareja | Wray | | Attorney Work Product; Article 335 |
| 341. | 6/6/2005 | Communication re: Camino | Donziger, Fajardo | Wray | Ponce Villacis | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 342. | 6/6/2005 | Communication re: Camino | Wray, Fajardo | Donziger | Ponce Villacis | Attorney-Client Privilege; Attorney |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| | | | | | | Work Product; Article 335 |
| 343. | 6/6/2005 | Communication re: Camino | Donziger, Fajardo | Wray | Ponce Villacis | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 344. | 6/5/2005 | Communication re: Camino | Wray | Fajardo | Donziger | Attorney Work Product; Article 335 |
| 345. | 6/6/2005 | Communication re: experts, fees | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 346. | 6/6/2005 | Communication re: experts, fees | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 347. | 6/10/2005 | Communication re: technical team work | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 348. | 6/18/2005 | Communication re: inspections | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 349. | 6/17/2005 | Communication re: inspections | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 350. | 6/17/2005 | Communication re: budget | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 351. | 6/16/2005 | Communication re: Farjardo | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 352. | 6/20/2005 | Communication re: Camino | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 353. | 7/7/2005 | Communication re: legal team | Pareja | Wray | | Attorney Work Product; Article 335 |
| 354. | 7/6/2005 | Communication re: legal team | Wray | Pareja | | Attorney Work Product; Article 335 |
| 355. | 7/19/2005 | Communication re: legal research | Donziger | Wray | Fajardo, Ponce Villacis | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 356. | 7/19/2005 | Communication re: legal | Wray | Donziger | Fajardo, Ponce | Attorney-Client Privilege; Attorney |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| | | research | | | Villacis | Work Product; Article 335 |
| 357. | 7/29/2005 | Communication re: reports | Donziger, Fajardo, Wray | Ponce Villacis | Donziger, Yanza, Villarreal | Attorney Work Product; Article 335 |
| 358. | 7/29/2005 | Communication re: inspections | Fajardo, Wray | Donziger | Donziger, Yanza, Penafiel, Ponce Villacis | Attorney Work Product; Article 335 |
| 359. | 7/29/2005 | Communication re: inspections | Donziger, Wray | Fajardo | Donziger, Yanza, Penafiel, Ponce Villacis | Attorney Work Product; Article 335 |
| 360. | 8/14/2005 | Communication re: case status | M.A. Alban | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 361. | 8/9/2005 | Communication re: case status | Wray | M. A. Alban | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 362. | 8/20/2005 | Communication re: arbitration | Bonifaz | Wray | | Attorney Work Product; Article 335 |
| 363. | 8/19/2005 | Communication re: arbitration | Wray | Bonifaz | | Attorney Work Product; Article 335 |
| 364. | 10/7/2005 | Communication re: arbitration | Bonifaz, Escobar, Borja, J. Velasco | Wray | Martinez, Collingsworth, MCGSNY, Allanoff | Attorney Work Product; Article 335 |
| 365. | 10/7/2005 | Communication re: arbitration | Escobar, Borja, Velasco | Bonifaz | Wray, Martinez, Collingsworth, MCGSNY, Allanoff | Attorney Work Product; Article 335 |
| 366. | 10/14/2005 | Communication re: arbitration | Escobar | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 367. | 10/14/2005 | Communication re: arbitration | Wray | Escobar | | Attorney-Client Privilege; Attorney Work Product; Article 335 |

| No. | Date | Subject | To | From | CC | Privilege |
|---|---|---|---|---|---|---|
| 368. | 12/1/2005 | Communication re: legal issues | Villacis | Wray | Donziger, Fajardo | Attorney Work Product; Article 335 |
| 369. | 12/1/2005 | Communication re: legal issues | Wray | Ponce Villacis | Donziger, Fajardo | Attorney Work Product; Article 335 |
| 370. | 12/1/2005 | Communication re: Texaco case | Wray | Ponce Villacis | Donziger, Fajardo | Attorney Work Product; Article 335 |
| 371. | 1/10/2006 | Communication re: legal issues | Donziger | Wray | | Attorney-Client Privilege; Attorney Work Product; Article 335 |
| 372. | 1/9/2006 | Communication re: legal issues | Wray | Donziger | | Attorney-Client Privilege; Attorney Work Product; Article 335 |